IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHEALLA HUGGETT, Individually and as Mother and Next Friend of L. H. HUGGETT, a minor child,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAMI-AUTOMOTIVE, INC., SUZUKI MOTOR CORPORATION, AND GENERAL MOTORS OF CANADA LIMITED,<br><br>　　　　Defendants. | CASE NO.: 7:10-cv-5006<br><br>**ORDER OF DISMISSAL** |

　　THE COURT being duly advised, finds that the above-captioned action has been settled among the parties, and the matter is hereby dismissed with prejudice.

　　SO ORDERED.

　　DATED this 22nd day of December, 2011.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　U.S. District Court Judge