IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHEALLA HUGGETT, Individually and as Mother and Next Friend of L. H. HUGGETT, a minor child,<br><br>Plaintiff,<br><br>vs.<br><br>CAMI-AUTOMOTIVE, INC., SUZUKI MOTOR CORPORATION, AND GENERAL MOTORS OF CANADA LIMITED,<br><br>Defendants. | CASE NO.: 7:10-cv-5006<br><br>**ORDER OF DISMISSAL** |

THE COURT being duly advised, finds that the above-captioned action has been settled among the parties, and the matter is hereby dismissed with prejudice.

SO ORDERED.

DATED this 22nd day of December, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
U.S. District Court Judge